SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI ( CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462 )
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA, 946102
Telephone: (415) 436-7158
Facsimile: (415) 436-6982
Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

FILED
APR 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JACOB JOHNSON,  Defendant. | No. CR 06-328 MMC  NOTICE OF DISMISSAL  (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves the Court to dismiss the above indictment, as to defendant Jacob Johnson only, without prejudice.

DATED: April 18, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

MARK L. KROTOSKI
Chief, San Francisco Office

NOTICE OF DISMISSAL CR 06-328 MMC

1  Leave of Court is granted to the government to dismiss that indictment without prejudice.

2

3  Date: __APR 1 8 2007__    _/s/ Maxine M. Chesney_
                              MAXINE M. CHESNEY
4                             United States District Judge

NOTICE OF DISMISSAL CR 06-328 MMC    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

v.

JACOB JOHNSON,

        Defendant.

        Case Number: CR06-00328 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Josh Alan Cohen
Office of the Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102

Michael J. Shepard
Scott Edwin Morgan
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Susan R. Jerich
Office of the United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Dated: April 19, 2007

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk